

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-14-00266-CV

**LARRY SAMPLES,**

                                           **Appellant**

 **v.**

**MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC. AS NOMINEE FOR
COLORADO FEDERAL SAVINGS BANK,**

                                           **Appellee**


_____


### From the 40th District Court
### Ellis County, Texas
### Trial Court No. 87836 & 83104

---

## MEMORANDUM OPINION

---

Appellant's brief was due in this case on January 16, 2015. On January 22, 2015, the Clerk of the Court sent a letter to Appellant notifying him that no brief had been filed and that the Court may dismiss this appeal for want of prosecution unless, within twenty-one days of the date of the letter, he or any party desiring to continue the appeal filed with this Court a response showing grounds for continuing the appeal. Appellant

has filed no response. Accordingly, this appeal is dismissed for want of prosecution.

Appellee's Second Motion to Dismiss for Want of Prosecution is dismissed as moot.

REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed March 5, 2015
[CV06]

